**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

HENRY WILICK, JR. ,

    Plaintiff,

v.                                                       Case No:  6:15-cv-863-Orl-40DAB

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's Complaint, appealing the final decision of the Commissioner of the Social Security Administration (the Commissioner) denying his claim for Disability Insurance Benefits (DIB) and Supplemental Security Income (SSI) benefits (Doc. 1) filed on May 29, 2015. The United States Magistrate Judge has submitted a report recommending that the final decision of the Commissioner be reversed and remanded.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 17, 2016 (Doc. 23), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The final decision of the Commissioner is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

3. The Clerk is **DIRECTED** to enter judgment in favor of the Plaintiff, Henry Wilick, Jr. and against the Defendant, the Commissioner of the Social Security Administration.

4. The Clerk is further **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on June 8, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties