**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

HENRY WILICK, JR. ,

       Plaintiff,

v.                                          Case No: 6:15-cv-863-Orl-40DCI

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## **ORDER**

This cause is before the Court on Plaintiff's Attorney, Richard A. Culbertson's Uncontested Request for Authorization to Charge a Reasonable Fee Pursuant to 42 U.S.C. § 406(b) (Doc. 34) filed on January 30, 2019. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 5, 2019 (Doc. 35), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Richard A. Culbertson's Uncontested Request for Authorization to Charge a Reasonable Fee Pursuant to 42 U.S.C. Section 406(b) (Doc. 34) is **GRANTED**.

3. Plaintiff's counsel is authorized to charge and collect from Plaintiff the sum of **$16,768.82** in attorney's fees.

**DONE AND ORDERED** in Orlando, Florida on March 20, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties